**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Herbert P. Steele and Doris Jones Steele, plaintiffs,<br><br>v.<br><br>Ocwen Federal Bank, FSB, et al., defendants. | Case Number:<br>FILED: MARCH 22, 2008<br>08CV1691           EDA<br>JUDGE HART<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Herbert P. Steele and Doris Jones Steele

| |
|---|
| NAME (Type or print)<br>Al Hofeld, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/  Al Hofeld, Jr. |
| FIRM<br>Law Offices of Al Hofeld, Jr., LLC |
| STREET ADDRESS<br>208 South LaSalle Street, Suite #1650 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273948 | TELEPHONE NUMBER<br>312-345-1004 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐