IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT P. STEELE, <br> DORIS JONES STEELE, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK, FSB, <br> WILSHIRE CREDIT CORP., <br> DOES 1-5, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 08-cv-01691 <br> Honorable William T. Hart <br> Honorable Magistrate Judge Mason |

**DEFENDANT OCWEN FEDERAL BANK, FSB'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

NOW COMES, Defendant Ocwen Federal Bank, FSB ("Ocwen"), by and through its attorneys, Potestivo & Associates, P.C. and moves this Honorable Court to enter an order extending Ocwen's deadline to respond to Plaintiff's Complaint under Federal Rule of Civil Procedure 6(b) to May 19, 2008. In support thereof, Ocwen states:

1. Plaintiffs Herbert P. Steele and Doris Jones Steele's Complaint was filed with the Court on March 22, 2008.

2. Upon information and belief, Ocwen currently has until May 5, 2008 to respond to Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 6(a) and (e).

3. Ocwen requests an additional fourteen (14) days, to and including May 19, 2008, in which to respond to Plaintiffs' Complaint, to allow ongoing settlement negotiations to be finalized.

4. The undersigned represents that this motion is made in good faith and not intended to hinder or delay the proceedings and that Plaintiffs will not be unduly burdened by such extension.

5.  Counsel for Ocwen has attempted, but was unable to reach counsel for the Plaintiffs to ascertain whether they object to this extension.

Respectfully submitted,

Dated: May 5, 2008

By: s/ Amy A. Kalarickal
      One of its Attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal (ARDC #: 6291675)
134 North LaSalle Street, Suite 2050
Chicago, Illinois 60602
Telephone: (312) 263-0003 ext. 100
Main Fax: (312) 263-0002
Email: akalarickal@potestivolaw.com
Attorneys for Ocwen

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Defendant Ocwen Federal Bank, FSB's Motion for Enlargement of Time to Respond to Plaintiff's Complaint was served upon counsel of record through operation of the Court's ECF system on **May 5, 2008**:

**Counsel for Plaintiffs Herbert P. Steele and Doris Jones Steele**
Al Hofeld, Jr. - al@alhofeldlaw.com

                                                Respectfully submitted,

                                                _/s/   Amy A. Kalarickal_
                                                One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal  ARDC #: 6291675
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002