IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT P. STEELE,<br>DORIS JONES STEELE,<br><br>   Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB,<br>WILSHIRE CREDIT CORP.,<br>DOES 1-5,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08-cv-01691<br>Honorable William T. Hart<br>Honorable Magistrate Judge Mason |

## NOTICE OF MOTION

TO:

**Counsel for Plaintiffs Herbert P. Steele and Doris Jones Steele**
Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 South LaSalle Street, Suite 1650
Chicago, IL 60604
Email: al@alhofeldlaw.com

    PLEASE TAKE NOTICE that on May 14, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge William T. Hart in Room 2243 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed true and correct copy of Defendant Ocwen Federal Bank, FSB's Motion for Enlargement of Time to Respond to Plaintiff's Complaint.

                                                                Respectfully submitted,

                                                                /s/   *Amy A. Kalarickal*
                                                                One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal  ARDC #: 6291675
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002

## CERTIFICATE OF SERVICE

      I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Motion was served upon counsel of record through operation of the Court's ECF system on **September 10, 2007**:

**Counsel for Plaintiffs Herbert P. Steele and Doris Jones Steele**
Al Hofeld, Jr. - al@alhofeldlaw.com

                                            Respectfully submitted,

                                            _/s/   Amy A. Kalarickal_
                                            One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal  ARDC #: 6291675
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002