# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 2008-CV-01691

Herbert P. Steele and Doris Jones Stelle v. Ocwen Federal Bank, FSB, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ocwen Federal Bank, FSB

| | |
|---|---|
| NAME (Type or print) <br> Amy A. Kalarickal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Amy A. Kalarickal | |
| FIRM <br> Potestivo & Associates, P.C. | |
| STREET ADDRESS <br> 134 N. LaSalle Street, Suite 2050 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291675 | TELEPHONE NUMBER <br> (312) 263-0003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Appearance was served upon counsel of record through operation of the Court's ECF system on **May 5, 2008**:

**Counsel for Plaintiffs Herbert P. Steele and Doris Jones Steele**
Al Hofeld, Jr. - al@alhofeldlaw.com

                                        Respectfully submitted,

                                        _/s/   *Amy A. Kalarickal*_
                                        One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal  ARDC #: 6291675
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002