# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Herbert P. Steele, et al.

                           Plaintiff,

v.                                       Case No.: 1:08–cv–01691
                                          Honorable William T. Hart

Ocwen Federal Bank, FSB, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

      MINUTE entry before Judge Honorable William T. Hart:Motion hearing set for 5/14/2008 is stricken. Defendant Ocwen Federal Bank, FSB's motion for enlargement of time to 5/19/2008 to respond to plaintiffs' complaint [6] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.