IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT P. STEELE,<br>DORIS JONES STEELE,<br><br>      Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB,<br>WILSHIRE CREDIT CORP.,<br>DOES 1-5,<br>      Defendants. | Case No. 08-cv-01691<br>Honorable William T. Hart<br>Honorable Magistrate Judge Mason |

**DEFENDANT OCWEN'S NOTIFICATION OF AFFILIATES
DISCLOSURE STATEMENT**

Defendant, Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank, FSB ("Ocwen"), by and through its attorneys, Potestivo & Associates, P.C., makes its corporate disclosure statement as follows:

1. Defendant Ocwen is a nongovernmental party.

2. Ocwen Financial Corporation is a publicly held corporation that is the sole member of Ocwen Loan Servicing, LLC.

Respectfully submitted,

*/s/ Amy A. Kalarickal*
One of its attorneys

POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant Ocwen*

1

## CERTIFICATE OF SERVICE

      I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Defendant Ocwen's Notification of Affiliates Disclosure Statement was served upon counsel of record through operation of the Court's ECF system on **May 19, 2008**:

**Counsel for Plaintiffs Herbert P. Steele and Doris Jones Steele**
Al Hofeld, Jr. - al@alhofeldlaw.com

I also certify that I mailed by United States postal service the same document to the following non-registered participants on **May 19, 2008**:

**Defendant Wilshire Credit Corporation**
c/o Registered Agent, Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**Defendant Does 1-5**
Address Unknown and unidentified by Plaintiff

                                      Respectfully submitted,

                                        /s/   *Amy A. Kalarickal*
                                        One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal  ARDC #: 6291675
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002

2