# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HERBERT STEELE AND DORIS STEELE, ) | |
| ) | 08 C 01691 |
| Plaintiffs, ) | |
| ) | Judge William T. Hart |
| v. ) | |
| ) | Magistrate Judge Mason |
| OCWEN FEDERAL BANK, FSB; WILSHIRE ) | |
| CREDIT CORP.; and DOES 1-5, ) | |
| ) | **JURY DEMANDED** |
| Defendants. ) | |

## NOTICE OF F.R.C.P. 41(a)(1) DISMISSAL OF DEFENDANT OCWEN FEDERAL BANK

Pursuant to F.R.C.P. 41(a), plaintiffs in the above-captioned action hereby voluntarily dismiss, without prejudice, all counts against defendant Ocwen Federal Bank, FSB.

All of the requirements of a F.R.C.P. 41(a) dismissal are met.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

1

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

    I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on May 20, 2008, service of the foregoing Notice of F.R.C.P. 41(a)(1) Dismissal of Defendant Ocwen Federal Bank, FSB, was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                        s/Al Hofeld, Jr.
                                                        Al Hofeld, Jr.