# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1691 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Steele, et al. Vs. Ocwen Federal Bank, FSB, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 5/28/2008 is stricken. Defendant Ocwen Federal Bank, FSB's motion to dismiss [10] is moot. Defendant Ocwen Federal Bank, FSB is voluntarily dismissed without prejudice pursuant to FRCP 41(a). Status hearing set for 6/11/2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|