**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HERBERT P. STEELE and DORIS STEELE, | ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 1691 |
| vs. | ) ) | Judge Hart |
| U.S. BANK NATIONAL ASSOCIATION, as TRUSTEE FOR THE SPECIALTY UNDREWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC2; and DOES 1-5, | ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) ) ) | **JURY DEMAND** |

**NOTICE OF F.R.C.P. 41(a)(1) DISMISSAL OF DEFENDANT**
**WILSHIRE CREDIT CORPORATION**

Pursuant to F.R.C.P. 41(a), plaintiffs in the above-captioned action hereby

voluntarily dismiss, without prejudice, all counts against Wilshire Credit Corporation.  All of the

requirements of a F.R.C.P. 41(a) dismissal are met.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC MEANS</u>

     I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on June 3, 2008, service of the foregoing ***Notice of F.R.C.P. 41(a)(1) Dismissal of Defendant Wilshire Credit Corporation,*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

<u> s/Al Hofeld, Jr. </u>
Al Hofeld, Jr.
