**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL           APPOINTED COUNSEL |

1492-68

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT P. STEELE and | ) | |
| DORIS STEELE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08 CV 1691 |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | Judge Hart |
| As TRUSTEE FOR THE SPECIALTY | ) | Magistrate Judge Mason |
| UNDERWRITING AND RESIDENTIAL | ) | |
| FINANCE TRUST MORTGAGE LOAN | ) | |
| ASSET-BACKED CERTIFICATES | ) | |
| SERIES 2006-BC2; and DOES 1-5, | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Appearance was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite 1650
Chicago, IL  60604

on July 2, 2008.

Respectfully submitted,

/s/ Mitchell A. Lieberman
Attorney for Defendant, U.S. Bank National Association

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Ruth B. Sosniak #6204497
Patrick J. McCann #6275478
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455