**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

1492-68

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERBERT P. STEELE and ) <br> DORIS STEELE, ) <br>               Plaintiffs, ) <br>    v. ) <br>                         ) <br> U.S. BANK NATIONAL ASSOCIATION, ) <br> As TRUSTEE FOR THE SPECIALTY ) <br> UNDERWRITING AND RESIDENTIAL ) <br> FINANCE TRUST MORTGAGE LOAN ) <br> ASSET-BACKED CERTIFICATES ) <br> SERIES 2006-BC2; and DOES 1-5, ) <br>               Defendants, ) | No. 08 CV 1691 <br><br> Judge Hart <br> Magistrate Judge Mason |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing Appearance was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

    Al Hofeld, Jr.
    Law Offices of Al Hofeld, Jr., LLC
    208 S. LaSalle Street, Suite 1650
    Chicago, IL  60604

on July 2, 2008.

                                        Respectfully submitted,

                                        /s/ Katherine M. Donat
                                        Attorney for Defendant, U.S. Bank National Association

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Ruth B. Sosniak #6204497
Patrick J. McCann #6275478
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455