1492-68

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERBERT P. STEELE and ) <br> DORIS STEELE, ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> U.S. BANK NATIONAL ASSOCIATION, ) <br> As TRUSTEE FOR THE SPECIALTY ) <br> UNDERWRITING AND RESIDENTIAL ) <br> FINANCE TRUST MORTGAGE LOAN ) <br> ASSET-BACKED CERTIFICATES ) <br> SERIES 2006-BC2; and DOES 1-5, ) <br> Defendants. ) | No. 08 CV 1691 <br><br> Judge Hart <br> Magistrate Judge Mason |

**MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR PLEAD**

Defendant, U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC2, by and through their attorneys, James V. Noonan, Mitchell A. Lieberman, Jonathan D. Nusgart, Ruth B. Sosniak, Patrick J. McCann, Katherine M. Donat and Noonan & Lieberman, Ltd., hereby moves this court for an enlargement of time in which to answer or otherwise plead. In support hereof, Defendants state as follows:

1. Defendants have recently retained counsel to represent them in this matter.

2. Defendants are in the process of gathering the documents in its possession that bear on the transaction described in the Complaint that will be to its defense.

3. This motion is not made for the purpose of delay and Plaintiffs will not be prejudiced by the requested extension.

WHEREFORE, Defendant, U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates

1

2

Series 2006-BC2, respectfully asks this Court for an enlargement of time, up to and including July 22, 2008, in which to file their answer or otherwise plead.

                                              /s/ James V. Noonan
                                              Attorney for Defendant,
                                              U.S. Bank National Association

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Ruth B. Sosniak #6204497
Patrick J. McCann #6275478
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455