1492-68

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT P. STEELE and | ) | |
| DORIS STEELE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08 CV 1691 |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | Judge Hart |
| As TRUSTEE FOR THE SPECIALTY | ) | Magistrate Judge Mason |
| UNDERWRITING AND RESIDENTIAL | ) | |
| FINANCE TRUST MORTGAGE LOAN | ) | |
| ASSET-BACKED CERTIFICATES | ) | |
| SERIES 2006-BC2; and DOES 1-5, | ) | |
| Defendants, | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

Please take notice that on July 9, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart in Room 2243 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR PLEAD.

/s/ James V. Noonan
Attorney for Defendant,
U.S. Bank National Association

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Ruth B. Sosniak #6204497
Patrick J. McCann #6275478
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Motion was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite 1650
Chicago, IL  60604

on July 2, 2008.

Respectfully submitted,

/s/ James V. Noonan
Attorney for Defendant,
U.S. Bank National Association

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Ruth B. Sosniak #6204497
Patrick J. McCann #6275478
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455